ELINOR DORNHEIMER, Respondent, v. GERHARD M. DAHL, Appellant.—

No opinion.   Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.